IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TIFFANY A. LEFLORE                            PLAINTIFF

V.                  CASE NO. 5:14-CV-5281

DR. MULLINS; NURSE RHONDA BRADLEY;
NURSE RHONDA MESCHEDE; CORPORAL
ANNA DONAHUE; SHERIFF TIM HELDER;
and OFFICER GOOD                              DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 26) filed in this case on July 9, 2015, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED**. The Motion to Dismiss (Doc. 12) is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**. The dismissal of this case constitutes a strike under 28 U.S.C. § 1915(g), and therefore, the Clerk of the Court is directed to place a strike on the case.

**IT IS SO ORDERED** on this 6th day of August, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE